Based upon the motions and requests of the parties, and for good cause shown, the January 3, 1995 Opinion and Award is HEREBY MODIFIED in the following ways, and as indicated by italics:
Conclusion of Law Number 4 is modified to read:
4. Plaintiff is entitled to total disability compensation for the rest of his life, or until he returns to work or is no longer disabled. N.C.G.S. 97-29.
Paragraph Number 1 of the Award is modified to read:
1. Defendants shall pay to plaintiff permanent and total disability compensation at the weekly rate of $166.67 for the rest of plaintiff's life, or until he returns to work or is no longerdisabled, subject to the attorney's fee awarded hereinafter.
The following paragraph is added to the Award section:
6. Plaintiff's motion for attorney fees pursuant toN.C.G.S. 97-88.1 is HEREBY DENIED.
* * * * * * * * * * *
IT IS FURTHER HEREBY ORDERED that the remainder of the January 3, 1995 Opinion and Award shall remain as filed.
This the __________ day of __________________, 1995.
 S/ _________________________ JAMES J. BOOKER COMMISSIONER
CONCURRING:
S/ _________________________ J. HOWARD BUNN, JR. CHAIRMAN
S/ _________________________ COY M. VANCE COMMISSIONER
JJB:alp 1/19/95